**Jose Luis Villela MIRANDA,
Petitioner,**

v.

**Loretta E. LYNCH, Attorney
General, Respondent.**

No. 14-71949

United States Court of Appeals,
Ninth Circuit.

---

Submitted July 26, 2016 *

Filed August 3, 2016

Rosana Cheung, Attorney, Law Office of Rosana Kit Wai Cheung, Los Angeles, CA, for Petitioner

Sara Bayram, DOJ—U.S. Department of Justice Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Jose Luis Villela Miranda, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen. *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010). We deny the petition for review.

The BIA did not abuse its discretion denying Villela Miranda's motion to reopen as untimely, where it was filed more than sixteen years after the agency's final decision, *see* 8 C.F.R. § 1003.2(c)(2), and Villela Miranda did not establish changed circumstances in Guatemala to overcome the time limitation for a motion to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

---

F.3d at 987–91 (evidence must be "qualitatively different" to warrant reopening).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.